IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DEPARTMENT OF LABOR, | |
| Eugene Scalia, Secretary of Labor | PLAINTIFF |
| | |
| V.  CASE NO. 4:19-CV-84-BD | |
| | |
| EJ'S CLEANING SERVICES, INC. and | |
| EDWIN JOHNSON, Individually | DEFENDENTS |

## JUDGMENT

Consistent with the Order that was entered on this day, judgment is hereby entered in favor of the Department of Labor and jointly against Defendants E.J.'s Cleaning Services, Inc. and Edwin Johnson in the amount of $17,487.00. It is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, with prejudice.

DATED this 19th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE